UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| WAKE COUNTY NC HUMAN SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) ) ) ) ) | **JUDGMENT**<br><br>No. 5:14-CV-48-FL |
| WILLIAM SCOTT DAVIS, JR., | | |
| Defendant. | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 20, 2014, that this matter is remanded to the Superior Court of Wake County, North Carolina pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on March 20, 2014, and Copies To:**
William Scott Davis, Jr. (via U.S. Mail) 333 E. Pembroke #8, Hampton, VA 23669
The Honorable Lorrin Freeman, Wake County Clerk of Superior Court
    (via U.S. mail) PO Box 351, Raleigh, NC 27602-0351


March 20, 2014                  JULIE A. RICHARDS, CLERK
                                           /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk